IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PENNYMAC CORP.,

        Plaintiff,                      No. CIV S-12-1739 KJM CKD PS

    vs.

JOHN CLEVELAND, et al.,

        Defendants.               ORDER

_____/

        Defendants, proceeding pro se, removed the above-entitled action from state court. The matter was referred to a United States Magistrate Judge under Local Rule 302(c)(21).

        On July 3, 2012, the magistrate judge filed findings and recommendations, which were served on defendants and which contained notice to defendants that any objections to the findings and recommendations were to be filed within fourteen days. Defendants have not filed objections to the findings and recommendations.

        The court presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1.  The findings and recommendations filed July 3, 2012 are adopted in full;

3  2.  The above-entitled action is summarily remanded to the Superior Court of California, County of San Joaquin, Manteca Branch;

3.  The Clerk is directed to serve a certified copy of this order on the Clerk of the Placer County Superior Court, and reference the state case number (MCV 0051263) in the proof of service; and

4.  The Clerk is directed to close this case.

DATED: September 7, 2012.

_____
UNITED STATES DISTRICT JUDGE